64 A.3d 556

IN THE MATTER OF KEITH O.D. MOSES, AN ATTORNEY
AT LAW (ATTORNEY NO. 045121990).

April 26, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–272, concluding that **KEITH O.D. MOSES** of **JERSEY CITY,** who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.15(a) (failure to safeguard client trust funds, commingling, and negligent misappropriation), *RPC* 1.15(d) and *R.* 1:21–6 (recordkeeping violations), and *RPC* 8.1(b) and *R.* 1:20–3(g)(3) (failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having further concluded that respondent should be required to enroll in and complete a class in accounting for attorneys and that he be required to submit monthly reconciliations of his attorney trust account to the Office of Attorney Ethics on a quarterly basis;

And good cause appearing;

It is ORDERED that **KEITH O.D. MOSES** is hereby reprimanded; and it is further

ORDERED that respondent shall enroll in and complete a course in accounting for attorneys by a date to be determined by Office of Attorney Ethics; and it is further

ORDERED that respondent shall provide to the Office of Attorney Ethics monthly reconciliations of his attorney trust account on a quarterly basis for a period of two years and until further Order of the Court, and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.